UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTOR MANUEL FONSECA,

Petitioner,

v.

MERRICK B. GARLAND, et al.,

Respondents.

C22-1363 TSZ

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, Chief Magistrate Judge, docket no. 11. Having reviewed the R&R, to which no objections were filed,[1] and the remaining record, the Court hereby finds and ORDERS:

(1) The R&R, docket no. 11, is ADOPTED.

(2) Respondents' motion to dismiss, docket no. 9, is GRANTED, and Petitioner's federal habeas petition is DISMISSED as moot.

(3) The Clerk is DIRECTED to enter Judgment consistent with this Order, send a copy of Judgment and this Order to Judge Creatura, all counsel of record, and Petitioner at his last known address, and to CLOSE this case.

Dated this 10th day of January, 2023.

Thomas S. Zilly
United States District Judge

---

[1] On January 3, 2023, a copy of the R&R addressed to Petitioner was returned as undeliverable, which supports that Petitioner is no longer at the detention facility and this action is moot.

ORDER ADOPTING REPORT
AND RECOMMENDATION - 1